FILED
JAMES J. VILT JR., CLERK
U.S. DISTRICT COURT
W/D OF KENTUCKY

Date: Oct 21, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE **Western** DISTRICT OF **Kentucky**
**Bowlinggreen** DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

Kenneth A Williams JR

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Graves Gilbert Clinic Owner
Graves Gilbert Clinic unknown employee
Hannah

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:22-CV143-GNS
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kenneth A Williams JR
Street Address: P.O. Box #50475
City and County: Bowlinggreen, Warren
State and Zip Code: Kentucky 42102
Telephone Number: 313-636-4619
E-mail Address: Kwilliams500774@GMail.Com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Graves Gilbert Clinic Owner
Job or Title (if known): Owner
Street Address: 2724 Nashville RD
City and County: Bowlinggreen, Warren
State and Zip Code: Kentucky 42101
Telephone Number: 270-781-3910
E-mail Address (if known):

Defendant No. 2

Name: Graves Gilbert Clinic Employee (unknown) Hannah
Job or Title (if known): Patient Service representative
Street Address: 2724 Nashville RD
City and County: Bowlinggreen, Warren

2

State and Zip Code: Kentucky 42101
Telephone Number: 270-781-3910
E-mail Address (if known):

Defendant No. 3

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name:
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:
E-mail Address (if known):

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

__42 USC 2000(a)   Federal Statute_____

_____

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

b.  If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Kenneth A Williams JR the plaintiff is claiming that I was unfairly and unequally treated By Defendant hannah. She refused Me Service at Graves Gilbert walkin Clinic on May 11th 2022 Because of My Race. the scottsville RD Location. on that same day I went to Graves Gilbert walkin Clinic for the same Illness And was treated with no Problem at the nashville RD Location. On May 18th 2022 My Graves Gilbert therapist referred Me the plaintiff to visit Graves Gilbert walkin Clinic for blood pressure issues. Even though the Scottsville RD Location was closest I tried to Avoid Any More Discriminatory Actions from the defendant so I went Back to the Nashville RD Location. upon Arrival at the Nashville Rd Location / to My Surprize the defendant Hannah was working at this Location today. I Explained to the defendant My reason for Being there witch was My Blood Pressure was to high to participate in therapy. Once the defendant reconized Me. She told Me that they don't treat People for Blood Pressure And attempted to 5 refuse Me Service Again. I requested Higher Management to talk to About this. The Doctor Came out to talk to Me I Explained to her was what was going on, and she Allowed Me to be seen. My Blood Pressure was Extremly high. So on May 18th 2022 I'm claiming that the defendant Refused Me Service Again. with Intent to Cause Me harm Maybe even death. Being that high Blood Pressure is A leading Cause of death for Blacks

IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I the plaintiff ask the Court to order Punitive damages in the Amount of $750,000 dollars due to the fact that on 5-11-22 when I was refused service I was in pain from a Car Accident prior and I was druged up on some very strong drugs prescribed by the ER prior thats why I was there to Be seen. Also on 5/18/22 My Blood pressure was Extremly high Could have lead to servere illness possibly even death if it was not treated for those reasons is why I Am entitled to the punitive damages for the ~~[crossed out]~~ Carelessness of for human Life displayed by the defendant. twice Because Im African American.

V.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 21st, 2022

Signature of Plaintiff: Kenneth W~~~~
Printed Name of Plaintiff: Kenneth A Williams JR

B.  For Attorneys

Date of signing: _____, 20__.